IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

FIRST BUSINESS CAPITAL CORP.,

                                                                                            ORDER

                  Plaintiff,

                                                                        12-cv-727-bbc

     v.

JOHN H. SCHLEGEL,

                  Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

     A telephone status conference was held in this case on July 16, 2014. Plaintiff appeared by Maria Kreiter. Defendant appeared by Timothy Hurley. Counsel confirmed that the case is settled but they are still trying to obtain signatures on the settlement documents. Counsel expect this to be accomplished within the next few days.

     The court advised counsel that the deadlines set in the October 7, 2013 pretrial conference order remain in effect until the parties advise the court that it may enter its standard order of dismissal or they have filed a statement confirming settlement.

     Entered this 17th day of July, 2014.

                                                        BY THE COURT:
                                                        /s/
                                                        BARBARA B. CRABB
                                                        District Judge